## INDIANA BOARD OF PHARMACY *v.* HAAG.

[No. 22,984. Filed January 27, 1916.]

From Marion Circuit Court (20,672); *Charles Remster*, Judge.

Action by the Indiana Board of Pharmacy against Louis E. Haag. From a judgment for defendant, the plaintiff appeals. (Transferred

from the Appellant Court under §1397 Burns 1914, Acts 1901 p. 565.) *Reversed.*

*Thomas M. Honan, Frank P. Baker,* and *Gavin & Gavin,* for appellant.

*Ryan, Ruckelshaus & Ryan,* for appellee.

ERWIN, J.—The same questions are presented in this cause as those involved in *Indiana Board, etc.* v. *Haag* (1916), *ante* 338, 111 N. E. 178, and on the authority of that case the judgment in this cause is reversed with instructions to the court below to overrule the demurrer to the complaint.